FILED
OCT 19 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | **INDICTMENT** |
| § | |
| § | [Violation: 18 U.S.C. § 844(i) (arson).] |
| v. § | |
| § | A21CR 203 LY |
| RYAN TAYLOR FAIRCLOTH, § | |
| § | |
| Defendant § | |

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
Arson
[18 U.S.C. § 844(i)]

On or about September 29, 2021, in the Western District of Texas, the Defendant,

**RYAN TAYLOR FAIRCLOTH**

did maliciously damage and attempt to damage, by means of fire, a building used in interstate commerce and in activities affecting interstate commerce, to wit: the building located at 1311 E. 6th Street, Austin, Texas, to include a Travis County political party office.

In violation of Title 18, United States Code, Section 844(i).

A TRUE BILL.

ORIGINAL SIGNATURE
REDACTED PURSUANT TO
E-GOVERNMENT ACT OF 2002

ASHLEY C. HOFF
United States Attorney

By: _____
G. KARTHIK SRINIVASAN
MICHAEL C. GALDO
Assistant United States Attorney

1