# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| vs. | § | Case No: |
| | § | AU:21-CR-00203(1)-LY |
| (1) Ryan Taylor Faircloth | § | |

### Defendant's EXHIBIT LIST for ARRAIGNMENT / DETENTION HEARING held on October 21, 2021

| Deft. Exhibit | Description | Date Admitted |
|---|---|---|
| 1 | 3 proffer Statements (three pages) | 10/21/2021 |