IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | **CAUSE NO: 1:21-CR-00203-LY-1** |
| VS. | § | |
| | § | |
| RYAN TAYLOR FAIRCLOTH | § | |

## MOTION TO TRAVEL

**TO THE HONORABLE LEE YEAKEL. UNITED STATES DISTRICT JUDGE FOR THE WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION:**

Now comes Defendant, RYAN TAYLOR FAIRCLOTH, by and through his undersigned counsel, and respectfully moves this Honorable Court for an order granting RYAN TAYLOR FAIRCLOTH permission to travel outside the Western District of Texas, and in support would show the following:

I.

RYAN TAYLOR FAIRCLOTH was arrested on or about October 18, 2021, after being charged with Arson and Attempted Arson, in violation of Title 18, United States Code, Section 844(i).

II.

RYAN TAYLOR FAIRCLOTH has entered a Plea in said case and is currently scheduled for Sentencing on May 27, 2022 at 9:00 AM.

III.

RYAN TAYLOR FAIRCLOTH was released from custody on October 21, 2021 on a twenty-five thousand dollar ($25,000.00) Secured Bond. Among the conditions of his release on bond, RYAN TAYLOR FAIRCLOTH must remain on a GPS monitor, remain on a curfew from 7:00 AM to 10:00 PM and not travel outside of the Bexar County, Texas, without permission from

1

this Honorable Court.

RYAN TAYLOR FAIRCLOTH has not had any bond violations to date.

IV.

RYAN TAYLOR FAIRCLOTH would respectfully request permission to travel to Starkville, Mississippi from May 5th, 2022 to May 9th, 2022 for his sister's graduation from the Mississippi University for Women. *See Attached Exhibit A.* Should RYAN TAYLOR FAIRCLOTH be granted permission to travel to Starkville, Mississippi, he would depart from San Antonio, Texas on May 5th, 2022 and arrive to Starkville, Mississippi that same day.

RYAN TAYLOR FAIRCLOTH, would be staying at his mother's house located at 354 E. Lee Blvd., #C, Starkville, MS 39759 for the duration of his visit.

V.

Should RYAN TAYLOR FAIRCLOTH be allowed to travel, he would respectfully request that the curfew restriction be amended to 12am for the duration of his trip.

VI.

SHAWN C. BROWN has conferred with G. KARTHIK SRINIVASAN, Assistant United States Attorneys, regarding this Motion and G. KARTHIK SRINIVASAN is opposed to same.

Furthermore, SHAWN C. BROWN has contacted U.S. Pretrial Services Officer Evan Cisneros and Pretrial Services officer Michael Perez regarding this Motion and they are opposed to same.

WHEREFORE, PREMISES CONSIDERED, Defendant, RYAN TAYLOR FAIRCLOTH, respectfully requests this Honorable Court to grant this Motion for Permission to Travel to Starkville, Mississippi for his sister's graduation from the Mississippi University for Women, and his curfew restriction be amended to 12am for the duration of his trip, and for any further relief this Honorable

2

Court deems just and proper.

Respectfully submitted,

LAW OFFICE OF SHAWN C. BROWN, P.C.
540 S. ST. MARY'S ST.
SAN ANTONIO TX 78205
OFFICE (210) 224-8200
FAX (210) 224-8214

/s/ SHAWN C. BROWN
SHAWN C. BROWN
STATE BAR NO: 24003613
EMAIL: shawn@shawnbrownlaw.com
ATTORNEY FOR DEFENDANT
RYAN TAYLOR FAIRCLOTH

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing Motion to Travel was electronically filed with the Clerk of this Honorable Court using the CM/ECF system which will send notification electronically to G. KARTHIK SRINIVASAN and MICHAEL GALDO Assistant United States Attorneys.

SIGNED on this the 20th day of April 2022.

/s/ SHAWN C. BROWN
SHAWN C. BROWN

3

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | **CAUSE NO: 1:21-CR-00203-LY-1** |
| **VS.** | § | |
| | § | |
| **RYAN TAYLOR FAIRCLOTH** | § | |

## <u>ORDER</u>

On this date came to be considered Defendant RYAN TAYLOR FAIRCLOTH's Motion to

Travel from San Antonio, Texas to Starkville, Mississippi from May 5th, 2022 to May 9th, 2022,

with his curfew restriction be amended to 12am for the duration of his trip, said Motion is hereby:

GRANTED    DENIED

Signed on this the _____ day of _____, 2022.

_____
UNITED STATES DISTRICT COURT JUDGE

4