# EXHIBIT

# A

SEARCH [ ] Go     RETURN TO MENU   SITE MAP   HELP   EXIT

# Graduation Application

---

🔊 View active graduation application(s).

## *Graduation Application*

| | |
|---|---|
| **Name:** | Alexandrea Morris |
| **Application Number:** | 1 |
| **Request Date:** | Oct 21, 2021 |
| **Application Status:** | Active Application |
| **Application Status Date:** | Oct 21, 2021 |

## *Graduation Date*

| | |
|---|---|
| **Date:** | May 07, 2022 |
| **Term:** | Spring 2022 |
| **Year:** | 2021-2022 |

## *Ceremony*

| | |
|---|---|
| **Attend Ceremony:** | Yes |

## *Diploma Name*

| | |
|---|---|
| **First Name:** | Alexandrea |
| **Last Name:** | Morris |

## *Diploma Mailing Address*

| | |
|---|---|
| **Street Line 1:** | 401 South Montgomery St |
| **City:** | Starkville |
| **State or Province:** | Mississippi |

Case 1:21-cr-00708-RP   Document 42-1   Filed 04/?0/22   Page 2 of 2