IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | CAUSE NO: 1:21-CR-00203-LY-1 |
| VS. | § | |
| | § | |
| RYAN TAYLOR FAIRCLOTH | § | |

## SENTENCING MEMORANDUM

**TO THE HONORABLE LEE YEAKEL. UNITED STATES DISTRICT JUDGE FOR THE WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION:**

Now comes Defendant, RYAN TAYLOR FAIRCLOTH, by and through his undersigned counsel, and would like to present information to this Honorable Court pursuant to 18 U.S.C. § 3553 to assist the Court in determining an appropriate sentence.

I.

Although Defendant believes that Probation Officer Marquez provided substantial information to this Honorable Court particularly with respect to his education and vocational training and family data in the Pre-Sentence Investigation Report, he would like to offer some supplemental information to assist this Honorable Court. Attached please find three letters of reference from his counselor, Raquel C. Pace, *see Exhibit A;* his grandfather, Albert G. Martinez, *see Exhibit B;* and his biological father, Rene A. Mendoza, *see Exhibit C*.

II.

Raquel C. Pace, M.Ed., LPC writes that Mr. Faircloth has been attending counseling services since March 25, 2022. Mr. Faircloth's counseling services address family relationship building, behavioral issues, and drug and alcohol counseling. She states that Mr. Faircloth has been attending his counseling services on a weekly basis, is always prompt to his appointments, and is fully engaged in his sessions. Further, Counselor Pace writes that Mr. Faircloth exhibits polite, courteous, and respectful behavior during his sessions.

III.

Alberto G. Martinez writes that Mr. Faircloth is a respectable young man who has been able to launch a sucessful business and become well-known in the San Antonio area. He believes that Mr. Faircloth was strongly influenced by the political events from the last presidential election because he is not known for acting out in this manner. He further believes that Mr. Faircloth will accept the consequences of his actions and will learn from them.

IV.

Mr. Faircloth's final letter of support is from his biological father, Rene A. Mendoza, who writes to tell this Honorable Court that Mr. Faircloth has always been active in the sports and involved in the community throughout his upbringing, including being an alter boy for his church and school. He writes that Mr. Faircloth is an avid animal lover and goes out of his way to rescue stray animals and reunites them with their owners. Mr. Faircloth has been helping him with his new business and is thankful for being able catch up on so much time that he and Mr. Faircloth have missed out on. He writes that his family, including his two teenage daughters, are distraught that Mr. Faircloth will be sent to prison because he is a very big piece of their lives and happiness. Further, he requests that Mr. Faircloth be allowed to continue with his rehabilitation. He believes that Mr. Faircloth is sorry for his actions and will benefit from the support from his family and friends in his rehabilitation.

V.

Mr. Faircloth worked as a bartender without advanced degrees or certifications. If this Honorable Court would be willing to recommend him for educational training, Mr. Faircloth would appreciate it and apply himself to be a productive and contributing member of society upon completion of his sentence.

VI.

Mr. Faircloth has taken responsibility for this charge once all legal discovery was provided for review and inspection. Mr. Faircloth knows that what he did is wrong and is willing to accept the consequences of his actions.

VII.

Mr. Faircloth has fully complied with his conditions of release and has not had any violations.

VIII.

Mr. Faircloth acknowledges a substance abuse problem and is amenable to treatment should this Honorable Court recommend it.

IX.

Furthermore, Mr. Faircloth requests the Court recommend to the Bureau of Prisons that he may be sentenced to the La Tuna Facility located in El Paso, Texas.

**WHEREFORE, PREMISES CONSIDERED**, for all of the foregoing reasons Defendant, RYAN TAYLOR FAIRCLOTH, respectfully prays that this Honorable Court entertain leniency in the assessment of his sentence, recommend educational training, substance abuse treatment, and sentencing at the La Tuna Facility located in El Paso, Texas to allow him the opportunity to succeed on his rehabilitation while simultaneously paying the penance this offense deserves.

Respectfully submitted,

Law Office of Shawn C. Brown, P.C.
540 S. St. Mary's St.
San Antonio, TX 78205
Tel: (210) 224-8200
Fax: (210) 224-8214

By: /s/ SHAWN C. BROWN
Shawn C. Brown
State Bar No. 24003613
E-Mail: Shawn@ShawnBrownlaw.com
Attorneys for RYAN TAYLOR FAIRCLOTH

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing Motion for Continuance was electronically filed with the Clerk of this Honorable Court using the CM/ECF system which will send notification electronically to G. KARTHIK SRINIVASAN and MICHAEL GALDO Assistant United States Attorneys.

/s/ SHAWN C. BROWN
SHAWN C. BROWN