# EXHIBIT B

05.15.2022

To whom it may concern,

My name is Albert G Martinez, and grandfather to Ryan T. Faircloth. His grandmother and I reside in San Antonio, Tx. I have been in law enforcement for over 35 years. I have a Masters Peace Officer Certification. I write this letter on behalf of my grandson, my second eldest grandson who resides in Austin, Texas. We are a close family and have watched Ryan grow into a respectable young man. We have seen Ryan make many good decisions for himself. Ryan launched a successful business and became well-known in the San Antonio area. We have never known Ryan to act out in the manner for which he stands before you. We feel he was strongly influenced by the political events that transpired during the last presidential campaign. It was a very emotional time in this country and Ryan expressed his views in a manner not acceptable to society and certainly not acceptable in our view. People make mistakes and he will endure the consequences of his actions. Ryan will reflect on his actions and will learn from this. I write to you in hopes this will help you know what we know of this young man. He has a very hopeful future when this is over. We, the family want him back home with expectations of a life changed and hopes of a bright future.

We pray for the health and wellbeing of our grandson. Thank you for allowing me to express my thoughts and feelings on behalf of my grandson Ryan T. Faircloth.

With kind regards,